ROBERT M. CAIETTI, ESQ./BAR NO. 119591
Email - bcaietti@walterscaietti.com
A member of WALTERS & CAIETTI, APC
3655 NOBEL DRIVE, SUITE 510
SAN DIEGO, CA 92122
TELEPHONE: (858) 623-5655
FACSIMILE: (858) 623-5645

Attorneys for Plaintiff, STACEY R.R. BONDERER

FILED
06 SEP 21 AM 8:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY R.R. BONDERER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KFORCE, INC., a Florida Corporation, and DOES 1 through 20,<br><br>Defendants. | CASE NO.   06 CV 1411 H (NLS)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 9/18/06

WALTERS & CAIETTI, APC

By: _____
Robert M. Caietti
Attorneys for Plaintiff
STACEY R.R. BONDERER

Dated: 9/5/06

LITTLE MENDELSON

By: _____
Jeremy A. Roth, Esq.
Attorneys for Defendant
KFORCE, INC.

IT IS SO ORDERED.
DATED 9/20/06

_____
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL